**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| HASSIE-DEMOND NOWLIN | 1:11CV423 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NEW MILLENIUM BANK | COMPLAINT, SUMMONS, NOTICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NEW MILLENIUM BANK
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
57 LIVINGSTON AVE., NEW BRUNSWICK, NJ 08901

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HASSIE-DEMOND NOWLIN
2020 ANTHONY COURT
GREENSBORO, NC 27406

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE SEE ATTACHED ORDER.

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT
John S. Brubaker
TELEPHONE NUMBER: 336-332-6000
DATE: 5/31/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 57
District to Serve No. 050
Signature of Authorized USMS Deputy or Clerk: James D. Underwood
Date: 6/1/2011

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): UNKNOWN

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*):

Date: 6/7/2011  Time: ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: James D. Underwood

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: c/m receipt 7009 0820 0000 2457 8369
6/2/2011
c/m receipt received on 6/9/2011

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case 1:11-cv-00423-UA -WWD   Document 7   Filed 06/15/11   Page 1 of 1