UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

HASSIE-DEMOND NOWLIN,

    Plaintiff,

v.

NEW MILLENNIUM BANK,

    Defendant.

Civil Action No. 1:11-CV-423

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby file a stipulation of dismissal of this action <u>with prejudice</u>.

This the 27 day of July, 2011.

/s/ Hassie-Demond Nowlin
Hassie-Demond Nowlin
c/o 2020 Anthony Court
Greensboro, NC 27406
<u>HDKNOWLIN@HOTMAIL.COM</u>
(336) 327-5716
*Attorney for Plaintiff*

<u>/s/ Jeffrey D. Bradford</u>
Jeffrey D. Bradford
N.C. State Bar No. 37184
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, NC 27636
(919) 865-7000
<u>Jeff.bradford@elliswinters.com</u>
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. A copy of the same also has been placed with United States Postal Service via first class mail, postage prepaid, addressed to the following:

Hassie-Demond Nowlin, Plaintiff
c/o 2020 Anthony Court
Greensboro, North Carolina 27406

This the 27 day of July, 2011.

/s/ Jeffrey D. Bradford

2